Robert C. Weiss (State Bar No. 39,929)
rcweiss@jonesday.com
Charles A. Kertell (State Bar No. 181,214)
cakertell@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Anne M. Sterba
asterba@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
Telephone:   (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Defendant
NORTHERN SAFETY COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHERN SAFETY COMPANY, INC.,<br><br>          Defendant. | Case No. CV 07-1118 SGL (JCRx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Stephen G. Larson<br><br>ENTERED   JS-6 |

LAI-2932572v1

WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Northern Safety Company, Inc. ("Northern Safety") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1.  This is an action for: (1) patent infringement under the patent laws of the United States, 35 U.S.C. §271, et seq.; (2) federal trademark infringement, federal false designation of origin, and federal trademark dilution under the Trademark (Lanham) Act of 1946, as amended, 15 U.S.C. §1051, et seq.; (3) trademark infringement under California Civil Code §3294; (4) statutory unfair competition under California Business and Professions Code §17200, et seq.; (5) trademark dilution under California Business and Professions Code §14247; (6) common law trademark infringement; and (7) common law unfair competition.

2.  This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331, 1338(a), 1338(b), and 1367(a), as well as 15 U.S.C. §1121(a).  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1391(c), as well as 28 U.S.C. §1400(b).

3.  Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

4.  Northern Safety is a corporation incorporated under the laws of the State of New York and has its principal place of business at 232 Industrial Park Drive, Frankfort, New York 13340.

5.  Northern Safety has manufactured, used, imported, offered for sale, and/or sold, commercially in interstate commerce, the following: (1) an "AAA Mini Keychain" flashlight; (2) an "AA Mini" flashlight; (3) a "2C-Cell" flashlight; (4) a

"2 D-Cell" flashlight;" (5) a "3 D-Cell" flashlight; and (6) a "4 D-Cell" flashlight (collectively the "Northern Safety" flashlights). Relevant pages from Northern Safety's 2007 Master Catalog, illustrating these flashlights, are attached hereto as **Exhibit 1**. The Northern Safety flashlights were neither manufactured nor authorized by Mag Instrument.

6. Mag Instrument is the owner of all right, title, and interest in United States Design Patent No. D530,439 ("the '439 patent"). A copy of the '439 patent is attached hereto as **Exhibit 2**.

7. The '439 patent, issued on October 17, 2006, is valid and enforceable.

8. Northern Safety has infringed the '439 patent by its manufacture, use, importation, offer for sale, and/or sale of its "AA Mini" flashlight.

9. Northern Safety will not directly or indirectly aid, assign, or participate in any action contesting the validity and/or enforceability of the '439 patent.

10. For many years, and prior to the acts of Northern Safety discussed herein, Mag Instrument has continuously manufactured, advertised, assembled, marketed, sold, and distributed, in interstate commerce, lines of flashlights, including, but not limited to, flashlights under the distinctive trademarks MAG-LITE® and MINI MAGLITE®. These flashlights are also characterized by their distinctive shapes, styles, and overall appearances ("SSOA"), which are registered trademarks of Mag Instrument. Digital photographs of a D-Cell MAG-LITE® flashlight, a C-Cell MAG-LITE® flashlight, and a MINI MAGLITE® flashlight are attached hereto as **Exhibits 3-5**, respectively.

11. The SSOA of the D-Cell MAG-LITE® flashlight, the SSOA of the C-Cell MAG-LITE® flashlight, and the SSOA of the MINI MAGLITE® flashlight are non-functional and have acquired secondary meaning in that they have come to be associated by the trade and consuming public exclusively with Mag Instrument and, as a result, has come to signify Mag Instrument as the source of flashlights bearing the same or similar characteristics.

LAI-2932572v1

3

1    12.    Mag Instrument has obtained, and is the owner of, a federal
2  registration on the SSOA of the D-Cell MAG-LITE® flashlight (the "D-Cell SSOA
3  Trademark"), which is valid and enforceable throughout the United States.  A copy
4  of the D-Cell SSOA Trademark (United States Trademark Registration No.
5  2,687,693) is attached hereto as **Exhibit 6**.  This registration remains in full force
6  and effect and is incontestable.
7    13.    The Northern Safety 2 D-Cell, 3 D-Cell, and 4 D-Cell flashlights have
8  a shape, style, and overall appearance that is the same as, or confusingly similar to,
9  the D-Cell SSOA Trademark.
10    14.    Northern Safety's manufacture, use, marketing, distribution,
11  advertising, promotion, importation, offering for sale, and/or sale of the Northern
12  Safety 2 D-Cell, 3 D-Cell, and 4 D-Cell flashlights is likely to cause, and has
13  caused, confusion, mistake, and deception among the consuming public in that their
14  shape, style, and overall appearance colorably imitates Mag Instrument's D-Cell
15  SSOA Trademark.
16    15.    Northern Safety's use of the D-Cell SSOA Trademark constitutes
17  trademark infringement of Mag Instrument's federally registered D-Cell SSOA
18  Trademark in violation of the Lanham Act, 15 U.S.C. §1051, et seq., to the
19  substantial and irreparable injury of the public and of Mag Instrument's business
20  reputation and goodwill.
21    16.    The D-Cell SSOA Trademark is a distinctive and famous mark.
22    17.    Northern Safety began manufacturing, using, marketing, distributing,
23  advertising, promoting, importing, offering for sale, and/or selling the Northern
24  Safety 2 D-Cell, 3 D-Cell, and 4 D-Cell flashlights subsequent to Mag Instrument's
25  D-Cell SSOA Trademark becoming distinctive and famous.
26    18.    Northern Safety's commercial use in commerce of the D-Cell SSOA
27  Trademark in connection with flashlights has caused the dilution of the distinctive
28  quality of the D-Cell SSOA Trademark in violation of 15 U.S.C. §1125(c).

1  19. Mag Instrument has obtained, and is the owner of, a federal
2  registration on the SSOA of the C-Cell MAG-LITE® flashlight (the "C-Cell SSOA
3  Trademark"), which is valid and enforceable throughout the United States. A copy
4  of the C-Cell SSOA Trademark (United States Trademark Registration No.
5  2,745,460) is attached hereto as **Exhibit 7**. This registration remains in full force
6  and effect.

7  20. The Northern Safety 2 C-Cell flashlight has a shape, style, and overall
8  appearance that is the same as, or confusingly similar to, the C-Cell SSOA
9  Trademark.

10  21. Northern Safety's manufacture, use, marketing, distribution,
11  advertising, promotion, importation, offering for sale, and/or sale of the Northern
12  Safety 2 C-Cell flashlight is likely to cause, and has caused, confusion, mistake,
13  and deception among the consuming public in that its shape, style, and overall
14  appearance colorably imitates Mag Instrument's C-Cell SSOA Trademark.

15  22. Northern Safety's use of the C-Cell SSOA Trademark constitutes
16  trademark infringement of Mag Instrument's federally registered D-Cell SSOA
17  Trademark in violation of the Lanham Act, 15 U.S.C. §1051, et seq., to the
18  substantial and irreparable injury of the public and of Mag Instrument's business
19  reputation and goodwill.

20  23. The C-Cell SSOA Trademark is a distinctive and famous mark.

21  24. Northern Safety began manufacturing, using, marketing, distributing,
22  advertising, promoting, importing, offering for sale, and/or selling the Northern
23  Safety 2 C-Cell flashlight subsequent to Mag Instrument's C-Cell SSOA Trademark
24  becoming distinctive and famous.

25  25. Northern Safety's commercial use in commerce of the C-Cell SSOA
26  Trademark in connection with flashlights has caused the dilution of the distinctive
27  quality of the C-Cell SSOA Trademark in violation of 15 U.S.C. §1125(c).

28

LAI-2932572v1

5

1    26.    Mag Instrument has obtained, and is the owner of, a federal
2  registration on the SSOA of the MINI MAGLITE® flashlight (the "MINI
3  MAGLITE® flashlight SSOA Trademark"), which is valid and enforceable
4  throughout the United States.  A copy of the MINI MAGLITE® flashlight SSOA
5  Trademark (United States Trademark Registration No. 2,074,795) is attached hereto
6  as **Exhibit 8**.  This registrations remains in full force and effect and is
7  incontestable.

8    27.    The Northern Safety AA Mini and AAA Mini Keychain flashlights
9  have a shape, style, and overall appearance that is the same as, or confusingly
10  similar to, the MINI MAGLITE® flashlight SSOA Trademark.

11    28.    Northern Safety's manufacture, use, marketing, distribution,
12  advertising, promotion, importation, offering for sale, and/or sale of the Northern
13  Safety AA Mini and AAA Mini Keychain flashlights is likely to cause, and has
14  caused, confusion, mistake, and deception among the consuming public in that their
15  shape, style, and overall appearance colorably imitates Mag Instrument's MINI
16  MAGLITE® flashlight SSOA Trademark.

17    29.    Northern Safety's use of the MINI MAGLITE® flashlight SSOA
18  Trademark constitutes trademark infringement of Mag Instrument's federally
19  registered MINI MAGLITE® flashlight SSOA Trademark in violation of the
20  Lanham Act, 15 U.S.C. §1051, et seq., to the substantial and irreparable injury of
21  the public and of Mag Instrument's business reputation and goodwill.

22    30.    The MINI MAGLITE® flashlight SSOA Trademark is a distinctive and
23  famous mark.

24    31.    Northern Safety began manufacturing, using, marketing, distributing,
25  advertising, promoting, importing, offering for sale, and/or selling the Northern
26  Safety AA Mini and AAA Mini Keychain 2 D-Cell flashlights subsequent to Mag
27  Instrument's MINI MAGLITE® flashlight SSOA Trademark becoming distinctive
28  and famous.

LAI-2932572v1

1        32.    Northern Safety's commercial use in commerce of the MINI
2  MAGLITE® flashlight SSOA Trademark in connection with flashlights has caused
3  the dilution of the distinctive quality of the MINI MAGLITE® flashlight SSOA
4  Trademark in violation of 15 U.S.C. §1125(c).

5        33.    Northern Safety, its officers, directors, agents, servants, employees,
6  attorneys, confederates, and all persons and/or entities acting for, with, by, through,
7  and/or in concert and participation with them, or any of them, are hereby
8  permanently enjoined from engaging in any of the following activities:

9        (a)    manufacturing, using, marketing, distributing, advertising,
10 promoting, importing, offering for sale, and/or selling any of the Northern Safety
11 flashlights;

12       (b)    manufacturing, using, importing, offering for sale, and/or selling
13 any flashlight that infringes the '439 patent;

14       (c)    inducing or enabling each other or others to manufacture, use,
15 import, offer for sale, and/or sell any flashlight that infringes the '439 patent;

16       (d)    manufacturing, using, marketing, distributing, advertising,
17 promoting, importing, offering for sale, and/or selling any flashlight that infringes
18 United States Trademark Registration No. 2,697,693, United States Trademark
19 Registration No. 2,745,460, and/or United States Trademark Registration No.
20 2,074,795;

21       (e)    using Mag Instrument's D-Cell SSOA Trademark, C-Cell SSOA
22 Trademark, MINI MAGLITE® flashlight SSOA Trademark, or any other mark,
23 design, reproduction, copy, or symbol that is a colorable imitation thereof, or
24 confusingly similar thereto, in connection with the manufacturing, use, marketing,
25 distribution, advertisement, promotion, importation, offer for sale, and/or sale of
26 flashlights or any goods or services not originating from or authorized by Mag
27 Instrument;

28

LAI-2932572v1

    (f) using Mag Instrument's D-Cell SSOA Trademark, C-Cell SSOA Trademark, MINI MAGLITE® flashlight SSOA Trademark, or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

    (g) representing in any manner, or by any method whatsoever, that goods, services, or other products provided by Northern Safety are sponsored, approved, authorized by, or originate from Mag Instrument or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods or services;

    (h) committing any acts calculated or likely to cause consumers to believe that Northern Safety's products are Mag Instrument's products or are authorized Mag Instrument products unless they are such;

    (i) infringing or diluting the distinctive quality of the D-Cell SSOA Trademark, the C-Cell SSOA Trademark, and/or the MINI MAGLITE® flashlight SSOA Trademark; and

    (j) unfairly competing with Mag Instrument in any manner.

  34. Service by mail upon Northern Safety, addressed to Anne M. Sterba, Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C., 20005, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65.  It shall not be necessary for Northern Safety to sign any form of acknowledgement of service.

///
///
///
///
///

1    35.  The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated:  ___May 23, 2008

By: /s/ S. G. Larson
Hon. Stephen G. Larson
United States District Court Judge

Approved as to form and content:

Dated: _____, 2008      JONES DAY

By:_____
Charles A. Kertell

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Dated: _____, 2008      ROTHWELL, FIGG, ERNST & MANBECK, P.C.

By:_____
Anne M. Sterba

Attorneys for Defendant
NORTHERN SAFETY COMPANY, INC.

LAI-2932572v1

9